UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) JAYLYN CHRISTOPHER MOLINA<br>*Defendant* | §<br>§<br>§<br>§   No.: SA:20-M-01128(1)<br>§<br>§<br>§ |

ORDER **RESETTING** PRELIMINARY / DETENTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **10:00 AM, in Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX** on **Tuesday, September 29, 2020.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **25th day of September, 2020.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

WAIVER OF PRELIM FILED 9/25-CLS